IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHERINE ALBRECHT, )
)
plaintiff, )
) No. 03 C 6472
v. )
) Hon. Judge Nordberg
METROPOLITAN PIER AND )
EXPOSITION AUTHORITY and ) Magistrate Judge Denlow
LETICIA PERALTA DAVIS, in her )
official capacity as CEO of the MPEA, )
)
defendants. )

## AFFIDAVIT OF THOMAS MOBLEY

I, Thomas Mobley, being first duly sworn on oath, state and depose as follows:

1. I am the General Manager of McCormick Place, one of the facilities owned and operated by the Metropolitan Pier and Exposition Authority ("Authority"). I am responsible for management and operations at McCormick Place.

2. I have personal knowledge of the matters stated in the "Background" section of the Authority's Verified Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order. If called as a witness, I would testify consistent with the matters set forth therein.

3. I have reviewed the photographs and exhibits attached hereto. The photographs attached as Exhibits 10-15 are true and accurate depictions of the Authority's Designated Location for First Amendment Staging Activities at McCormick Square taken on September 12, 2003. Exhibits 1-9 are true and correct copies of graphic materials, maps and a permit form prepared by



McCormick Place staff, kept and prepared in the ordinary course of our business, and not for purposes of this litigation.

4. Exhibits _16_ - _22_ are true and correct copies of promotional materials related to the EPC Symposium tendered to McCormick Place by Advanstar Communications, McCormick Place's licensee and the co-organizer of the EPC Symposium.

FURTHER AFFIANT SAYETH NOT

Thomas Mobley

SUBSCRIBED AND SWORN
to before me this _14_ day of September, 2003

NOTARY PUBLIC

"OFFICIAL SEAL"
JO-ELLA CICERO
Notary Public, State of Illinois
My Commission Exp. 02/11/2006

2

# SEE CASE FILE FOR EXHIBITS