# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Katherine Albrecht

v.

Case Number: 03 C 6472

Metropolitan Pier and Exposition Authority, et al.

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendants Metropolitan Pier and Exposition Authority and Leticia Peralta Davis, as CEO of the MPEA

**(A)**
- SIGNATURE: [signed]
- NAME: Daniel Hildebrand
- FIRM: MAYER BROWN ROWE & MAW LLP
- STREET ADDRESS: 190 South LaSalle St.
- CITY/STATE/ZIP: Chicago IL 60603
- TELEPHONE NUMBER: 312-782-0600
- FAX NUMBER: 312-706-8640
- IDENTIFICATION NUMBER: 6217127
- MEMBER OF TRIAL BAR? NO

**(B)**
- SIGNATURE: [signed]
- NAME: Bettina Getz
- FIRM: MAYER, BROWN, ROWE & MAW
- STREET ADDRESS: 190 South LaSalle St.
- CITY/STATE/ZIP: Chicago IL 60603
- TELEPHONE NUMBER: 312-782-0600
- IDENTIFICATION NUMBER: 6182778
- MEMBER OF TRIAL BAR? YES

(C) [blank]

(D) [blank]