UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Katherine Albrecht

03-cv-6472

) Docket Number: 03 C 6472
)
Metropolitan Pier + Exposition ) Assigned Judge: Nordberg
Authority, and Leticia    Plaintiff(s) )
          v.               ) Designated Magistrate Judge: Denlow
Peralta Davis             )
           Defendant(s) )

FILED
SEP 15 2003
JUDGE JOHN A. NORDBERG
UNITED STATES DISTRICT COURT

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

NAME OF PARTY OR PARTIES: Katherine Albrecht

_____

_____

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

9/15/03
Date

[signature]
Signature

Note: Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2008, Chicago, IL 60604, ATTN: Director of Office Services.

127

## Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, and local General Rule 1.72B, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

                                                Michael W. Dobbins
                                                Clerk of Court

(Revised 08/97)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Albright

Plaintiff(s)

v.

Metropolitan Pier, et al

Defendant(s)

) Docket Number: 03 C 6472
)
) Assigned Judge: Judge Nordberg
)
) Designated Magistrate Judge: Judge Keys
)
)

FILED
SEP 15 2003
JUDGE JOHN A. NORDBERG
UNITED STATES DISTRICT COURT

## CONSENT TO EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

NAME OF PARTY OR PARTIES: Metropolitan Pier & Exposition Auth, Leticia Peralta Davis

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

9/15/03
Date

_____
Signature

Note: Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2008, Chicago, IL 60604, ATTN: Director of Office Services.

12-2

## Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. §636(c), Rule 73 of the *Federal Rules of Civil Procedure*, and local General Rule 1.72B, you are hereby notified that a magistrate judge of this Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or nonjury trial and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent.

You may withhold your consent without adverse consequences, but this action will prevent the Court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the party or parties withholding consent or consenting will *not* be communicated to any magistrate judge or to the district judge to whom the case is assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

A copy of the form that may be used to indicate consent to the exercise of jurisdiction by a United States magistrate judge appears on the reverse side of this notice. Additional copies of this form are available from the Clerk of Court. For further information, you may contact the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois, 60604, or you may call (312) 435-5698.

                                          Michael W. Dobbins
                                          Clerk of Court

(Revised 08/97)