# United States District Court
# Northern District of Illinois

In the Matter of

Katheine Albrecht

v.    Case No. 03 C 6472

Metropolitan Pier & Exposition etal

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT TO MAGISTRATE JUDGE

The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Magistrate Judge **Morton Denlow** pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

_____
Judge John A. Nordberg

Dated: September 18, 2003

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge **Morton Denlow** of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Charles P. Kocoras

Dated: SEP 18 2003

Reassign/Designated Magistrate Judge (Rev. 9/99)



**Parties have consented to have the designated magistrate conduct:**
- ■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(b).
- ☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with General Rule 73.1(c).

**The content of the consent is specified in the following manner:**
- ■ on the attached form(s).
- ☐ in the pretrial order dated and on file with the Clerk of Court.