AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**
SEP 2 4 2003

ALIAS SUMMONS IN A CIVIL CASE

Katherine Albrecht

      Plaintiff

V.

Metropolitan Pier and Exposition
Authority, and Leticia Peralta
Davis, in her official capacity
as Chief Executive Officer of the
Metropolitan Pier and Exposition Authority,
    TO: (Name and address of Defendant) Defendant.

CASE NUMBER:    03 C 6472

ASSIGNED JUDGE:    Judge Nordberg

DESIGNATED
MAGISTRATE JUDGE:    Magistrate Judge Denlow

Metropolitan Pier and Exposition Authority
c/o Daniel G. Hildebrand
Mayer Brown Rowe & Maw
190 S. LaSalle Street
Chicago, Illinois 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey Grossman
The Roger Baldwin Foundation
of ACLU, Inc.
180 N. Michigan, Suite 2300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK
**NADINE FINLEY**

_____
(By) DEPUTY CLERK

_SEP 2 2 2003_
DATE



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 22, 2003 | **DOCKETED** |
| NAME OF SERVER *(PRINT)* Dionne Thompson | TITLE Legal Assistant | SEP 2 4 2003 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __Served upon defendant's attorney Daniel Hildebrand__
__pursuant to agreement of the parties for such service.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-23-03
Date

Signature of Server

**FILED**
KC
SEP 2 3 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Address of Server: 180 N. Michigan Ave Suite 2300

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**
**SEP 2 4 2003**

*Alias* SUMMONS IN A CIVIL CASE

Katherine Albrecht

           Plaintiff

V.

Metropolitan Pier and Exposition
Authority, and Leticia Paralta
Davis, in her official capacity
as Chief Executive Officer of the
Metropolitan Pier and Exposition Authority,

TO: (Name and address of Defendant) Defendant.

Leticia Peralta Davis
c/o Daniel G. Hildebrand
Mayer Brown Rowe & Maw LLP
190 S. LaSalle Street
Chicago, Illinois 60603

CASE NUMBER:    03 C 6472

ASSIGNED JUDGE:    Judge Nordberg

DESIGNATED
MAGISTRATE JUDGE:    Magistrate Judge Denlow

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey Grossman
The Roger Baldwin Foundation
of the ACLU, Inc.
180 N. Michigan, Suite 2300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

**NADINE FINLEY**

(By) DEPUTY CLERK

**SEP 2 2 2003**

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

**DOCKETED**

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 22, 2003 | SEP 2 4 2003 |
| NAME OF SERVER (PRINT) Dionne Thompson | TITLE Legal Assistant | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): __Served upon defendant's attorney Daniel Hildebrand__

__pursuant to agreement of the parties for such service.__

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __9-23-03__    _[signature]_
                Date              Signature of Server

**FILED**
SEP 2 3 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

__180 N. Michigan Ave. Suite 2300__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.