IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 2 2 2003
MICHAEL W.
CLERK, U.S.

DOCKETED
OCT 2 7 2003

| | |
|---|---|
| KATHERINE ALBRECHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03 C 6473 |
| ) | |
| METROPOLITAN PIER AND ) | Judge Nordberg |
| EXPOSITION AUTHORITY, and LETICIA ) | |
| PERALTA DAVIS, in her official capacity ) | Magistrate Judge Denlow |
| as Chief Executive Officer of the ) | |
| Metropolitan Pier and Exposition Authority, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: **SEE SERVICE LIST**

PLEASE TAKE NOTICE THAT on October 22, 2003, we filed with the Clerk of the

United States District Court for the Northern District of Illinois the **PROPOSED DISCOVERY**

**PLAN**, a copy of which is attached hereto and hereby served upon you.

By: _____
Plaintiffs' Attorney

HARVEY GROSSMAN
ADAM SCHWARTZ
Roger Baldwin Foundation
of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, Illinois 60601
(312) 201-9740

17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE ALBRECHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03 C 6472 |
| ) | |
| METROPOLITAN PIER AND ) | Judge Nordberg |
| EXPOSITION AUTHORITY, and LETICIA ) | |
| PERALTA DAVIS, in her official capacity ) | Magistrate Judge Denlow |
| as Chief Executive Officer of the ) | |
| Metropolitan Pier and Exposition Authority, ) | |
| ) | |
| Defendants. ) | |

FILED OCT 22 2003

DOCKETED OCT 27 2003

## PROPOSED DISCOVERY PLAN

Plaintiff Katherine Albrecht and defendants the Metropolitan Pier and Exposition Authority and Leticia Peralta Davis (in her official capacity as CEO of the MPEA), by their respective attorneys, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, respectfully request that this Court adopt the following discovery plan:

1. Pursuant to this Court's order of September 15, the parties on October 20 made their initial disclosures in accordance with Rule 26(a)(1).

2. Discovery may be needed on the following subjects:

   (a) the physical characteristics of McCormick Place;

   (b) the uses of McCormick Place, including:

      (i) for conventions, trade shows, and similar gatherings;

      (ii) for expressive activities such as leafleting, demonstrations, vigils, the wearing of expressive clothing, and person-to-person conversation; and

17

(iii) for other purposes such as shopping and eating;

(c) policies, practices, and customs regarding the uses of McCormick Place; and

(d) policies, practices, and customs regarding the uses of public and private convention centers other than McCormick Place.

By listing the foregoing subject matters in this proposed discovery plan, neither party concedes that any of the foregoing subject matters are relevant or admissible.

3. The parties currently estimate that fact discovery can be completed within nine months from the entry of an appropriate order. The parties should then have an additional 4 months for expert discovery. At about the time of the close of fact discovery, the parties will negotiate a schedule for staggered expert discovery, in which discovery on any experts tendered by plaintiff will occur first, followed by discovery on any experts tendered by defendants, followed by a rebuttal period. To the extent that defendants seek to support any of their affirmative defenses with expert testimony, plaintiffs shall have the opportunity to take appropriate discovery and submit rebuttal expert reports.

4. Discovery should not be conducted in phases, or limited to or focused on particular issues – except that fact and expert discovery should be phased as stated above in paragraph 3, and both parties reserve and do not waive objections to any particular discovery requests.

5. No limits should be imposed on the regular requirements of the Federal Rules or Local Rules, other than by specific motion.

WHEREFORE, the undersigned parties respectfully request that this Court enter an order in conformity with the above stated provisions of this proposed discovery plan.

Respectfully submitted,

_____
For plaintiff

Dated: October 22, 2003

_____
For defendants

Dated: October 22, 2003

## CERTIFICATE OF SERVICE

I, Adam Schwartz, hereby certify that on the 22[th] day of October, 2003, I served to the party listed below a true and correct copy of the attached **PROPOSED DISCOVERY PLAN** via facsimile and U.S. Mail, postage prepaid, before the hour of 5:00 p.m.

By: _____
One of the Plaintiffs' Attorneys

TO: Daniel G. Hildebrand
Bettina Getz
David Fuller
MAYER, BROWN, ROWE & MAW LLP
190 S. LaSalle Street
Chicago, IL 60603
**(312) 706-8640 FACSIMILE**