IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 21 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
APR 22 2004

| | |
|---|---|
| KATHERINE ALBRECHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03 C 6472 |
| ) | |
| METROPOLITAN PIER AND ) | Judge Nordberg |
| EXPOSITION AUTHORITY, and LETICIA ) | |
| PERALTA DAVIS, in her official capacity ) | Magistrate Judge Denlow |
| as Chief Executive Officer of the ) | |
| Metropolitan Pier and Exposition Authority, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: **SEE SERVICE LIST**

PLEASE TAKE NOTICE THAT on April 21, 2004, we filed with the Clerk of the United States District Court for the Northern District of Illinois the **ADDITIONAL APPEARANCE OF COUNSEL**, a copy of which is attached hereto and hereby served upon you.

By: /s/ Adam Schwartz
Plaintiffs' Attorney

HARVEY GROSSMAN
ADAM SCHWARTZ
CONNIE CHUNG
Roger Baldwin Foundation
of ACLU, Inc.
180 North Michigan Avenue
Suite 2300
Chicago, Illinois 60601
(312) 201-9740

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**
APR 21 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

Katherine Albrecht,
   Plaintiff,
v.
Metropolitan Pier and Exposition Ahtority, et al.,
   Defendants.

Case Number: 03 C 6472

**DOCKETED**
APR 22 2004

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Katherine Albrecht

---

### (A)
- **SIGNATURE:** [signed]
- **NAME:** William J. Gibbons
- **FIRM:** Latham & Watkins LLP
- **STREET ADDRESS:** 233 South Wacker Drive, Suite 5800
- **CITY/STATE/ZIP:** Chicago, IL 60606
- **TELEPHONE NUMBER:** (312) 876-7700
- **FAX NUMBER:** (312) 993-9767
- **E-MAIL ADDRESS:** william.gibbons@lw.com
- **IDENTIFICATION NUMBER:** 949523
- **MEMBER OF TRIAL BAR?** YES ☒ NO ☐
- **TRIAL ATTORNEY?** YES ☐ NO ☒

### (B)
- **SIGNATURE:** [signed]
- **NAME:** Erin S. Shaw
- **FIRM:** Latham & Watkins LLP
- **STREET ADDRESS:** 233 South Wacker Drive, Suite 5800
- **CITY/STATE/ZIP:** Chicago, IL 60606
- **TELEPHONE NUMBER:** (312) 876-7700
- **FAX NUMBER:** (312) 993-9767
- **E-MAIL ADDRESS:** erin.shaw@lw.com
- **IDENTIFICATION NUMBER:** 6256662
- **MEMBER OF TRIAL BAR?** YES ☐ NO ☒
- **TRIAL ATTORNEY?** YES ☐ NO ☒
- **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☒

### (C)
- **SIGNATURE:** [signed]
- **NAME:** David A. Campbell
- **FIRM:** Latham & Watkins LLP
- **STREET ADDRESS:** 233 South Wacker Drive, Suite 5800
- **CITY/STATE/ZIP:** Chicago, IL 60606
- **TELEPHONE NUMBER:** (312) 876-7700
- **FAX NUMBER:** (312) 993-9767
- **E-MAIL ADDRESS:** david.campbell@lw.com
- **IDENTIFICATION NUMBER:**
- **MEMBER OF TRIAL BAR?** YES ☐ NO ☒
- **TRIAL ATTORNEY?** YES ☐ NO ☒
- **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☒

### (D)
[blank]

19

## CERTIFICATE OF SERVICE

I, Adam Schwartz, hereby certify that on the 21st day of April, 2004, I served to the party listed below a true and correct copy of the attached **ADDITIONAL APPEARANCE OF COUNSEL** via facsimile and U.S. Mail, postage prepaid, before the hour of 5:00 p.m.

By: _____
One of the Plaintiff's Attorneys

TO: Daniel G. Hildebrand
Bettina Getz
David Fuller
MAYER, BROWN, ROWE & MAW LLP
190 S. LaSalle Street
Chicago, IL 60603
**(312) 706-8640 FACSIMILE**