IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| KATHERINE ALBRECHT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03 C 6472 |
| | ) | |
| v. | ) | Judge Nordberg |
| | ) | |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, and LETICIA PERALTA DAVIS, in her official capacity as Chief Executive Officer of the Metropolitan Pier and Exposition Authority, | ) ) ) ) ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

DOCKETED
MAY 0 3 2004

## NOTICE OF MOTION

To: **SEE SERVICE LIST**

PLEASE TAKE NOTICE that on Monday, May 3, 2004, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Morton Denlow of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present the **MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE OF COUNSEL**, a copy of which is enclosed herewith.

Dated: April 27, 2004

Respectfully submitted,

_____
One of Plaintiffs' Attorney

HARVEY GROSSMAN
ADAM SCHWARTZ
CONNIE CHUNG
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601
(312) 201-9740



## CERTIFICATE OF SERVICE

I, Adam Schwartz, hereby certify that on the 27th day of April, 2004, I served to the party listed below a true and correct copy of the attached **MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE OF COUNSEL** via facsimile and U.S. Mail, postage prepaid, before the hour of 5:00 p.m.

By: _____
One of the Plaintiff's Attorneys

TO: Daniel G. Hildebrand
Bettina Getz
David Fuller
MAYER, BROWN, ROWE & MAW LLP
190 S. LaSalle Street
Chicago, IL 60603
**(312) 706-8640 FACSIMILE**