**UNITED STATES DISTRICT COURT** **FILED**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

APR 29 2004

In the Matter of

Katherine Albrecht,
Plaintiff,

v.

Metropolitan Pier and Exposition Ahtority, et al.,
Defendants.

DOCKETED
MAY 0 3 2004

Case Number: 03 C 6472

MAGISTRATE JUDGE
MORTON DENLOW

RECEIVED
APR 27 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Katherine Albrecht

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: William J. Gibbons | NAME: Erin S. Shaw |
| FIRM: Latham & Watkins LLP | FIRM: Latham & Watkins LLP |
| STREET ADDRESS: 233 South Wacker Drive, Suite 5800 | STREET ADDRESS: 233 South Wacker Drive, Suite 5800 |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: Chicago, IL 60606 |
| TELEPHONE NUMBER: (312) 876-7700 | FAX NUMBER: (312) 993-9767 | TELEPHONE NUMBER: (312) 876-7700 | FAX NUMBER: (312) 993-9767 |
| E-MAIL ADDRESS: william.gibbons@lw.com | E-MAIL ADDRESS: erin.shaw@lw.com |
| IDENTIFICATION NUMBER: 949523 | IDENTIFICATION NUMBER: 6256662 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☐ NO ☑ | TRIAL ATTORNEY? YES ☐ NO ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: David A. Campbell | NAME: |
| FIRM: Latham & Watkins LLP | FIRM: |
| STREET ADDRESS: 233 South Wacker Drive, Suite 5800 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 876-7700 | FAX NUMBER: (312) 993-9767 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: david.campbell@lw.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☑ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

24