Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 6472 | DATE | 5/24/2004 |
| CASE TITLE | Albrecht vs. Metropolitan Pier, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Plaintiff's motion for class certification

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ■ Answer brief to motion due 6/21/2004. Reply to answer brief due 6/28/2004.

(4) ■ Hearing on Plaintiff's motion for class certification set for 7/13/2004 at 10:30 A.M.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Defendant having no objection, Plaintiff's motion for leave to file an amended class action complaint [20-1] is granted. Defendant to answer or otherwise plead on or by 6/21/04. Hearing on Plaintiff's motion for leave to file an amended class action complaint set for 6/3/04 is stricken. Status hearing set for 6/3/04 is stricken.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | number of notices | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | | |
| ✓ | Notices mailed by judge's staff. | | | MAY 2 5 2004 date docketed | 25 |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | | GA docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | 5/24/2004 date mailed notice | |
| | DK | courtroom deputy's initials | Date/time received in central Clerk's Office | DK mailing deputy initials | |