Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6472 | **DATE** | 6/23/2004 |
| **CASE TITLE** | Albrecht vs. Metropolitan Pier, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ■ Status hearing reset for 8/10/04 at 10:00 a.m.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Motion hearing held on Defendant's motion to dismiss the amended class action complaint as moot. Defendant's motion to dismiss the amended class action complaint as moot is withdrawn on the representation that Plaintiffs will file a 2nd amended complaint on or by 7/7/04. Defendants to answer or otherwise plead to the 2nd amended complaint on or by 7/28/04. Defendants to respond to Plaintiffs 2nd set of request to admit on or by 7/28/04. All outstanding discovery depositions to be completed on or by 8/16/04. Plaintiff to advise Defendants on or by 7/7/04 as to whether they intend to stand on their current motion for class certification [26-1], and if so, Defendant's response is due 7/28/04. Plaintiffs' reply due 8/11/04. Oral argument set for 7/13/04 is stricken. **Because this is a consent case to Judge Denlow, the Parties are directed to delete Judge Nordberg's name from all future pleadings in order to expedite receipt of these documents by Judge Denlow**

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUN 2 4 2004 date docketed | 27 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | U.S. DISTRICT COURT CLERK | GMA docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | 2004 JUN 23 PM 4:56 | 6/23/2004 date mailed notice | |
| DK | courtroom deputy's initials | FILED 03-CJ | DK mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |