IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE ALBRECHT, et al., | ) | |
| Plaintiffs, | ) ) ) | Case No. 03 C 6472 |
| v. | ) ) | |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, | ) ) ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

**DOCKETED AUG 0 3 2004**

**FILED JUL 21 2004 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### AMENDED NOTICE OF MOTION

**TO:** Harvey Grossman                William J. Gibbons
Adam Schwartz                Erin Shaw
Connie Chung                David Campbell
Roger Baldwin Foundation of ACLU, Inc.    Latham & Watkins
180 N. Michigan Ave. Suite 2300        233 South Wacker Dr., Suite 5800
Chicago, IL 60601                Chicago, IL 60606

PLEASE TAKE NOTICE that on Monday, August 2, 2004, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Hon. Magistrate Judge Morton Denlow, Courtroom 1350, 219 South Dearborn, Chicago IL, and then and there present the defendant's **Motion for Stay of Discovery Pending Review of the Authority's Motion to Dismiss.**

Dated: July 21, 2004                Respectfully submitted,

METROPOLITAN PIER AND
EXPOSITION AUTHORITY

By: One of Their Attorneys

Bettina Getz
Daniel G. Hildebrand
David W. Fuller
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603-3441
(312) 782-0600

33

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that on July 21, 2004, before the hour of 5:00 p.m., I caused to be served to a true and correct copy of the attached **AMENDED NOTICE OF MOTION** via facsimile and U.S. mail, postage prepaid, addressed to plaintiffs' counsel as follows:

TO:  Harvey Grossman
Adam Schwartz
Connie Chung
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601
(312) 201-9740
(312) 288-5225 (fax)

William J. Gibbons
Erin Shaw
David Campbell
Latham & Watkins
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
(312) 876-7700
(312) 993-9767 (fax)

By: _____
One of Defendant's Attorneys

Bettina Getz
Daniel G. Hildebrand
David W. Fuller
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603
(312) 782-0600