# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 6472 | DATE | 8/2/2004 |
| CASE TITLE | Albrecht vs. Metro Pier | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Motion hearing held. Defendant's motion for stay of discovery pending review of the authority's motion to dismiss the second amended complaint is denied. Plaintiff's response to defendant's motion to dismiss the second amended class action complaint [31-1] due on 8/30/04. Reply due on 9/14/04. Oral argument set for 9/23/04 at 10:30 a.m. Plaintiff's motion to compel the MPEA is granted as to plaintiffs' first interrogatory of April 26 and withdrawn as to plaintiff's second interrogatory of April 26, as modified on July 12. Status hearing set for 8/19/04 is vacated and reset to 9/23/04 at 10:30 a.m.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 0 3 2004 | |
| | Notified counsel by telephone. | | date docketed | 35 |
| ✓ | Docketing to mail notices. | | GMA | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| yp | courtroom deputy's initials | 2004 AUG -2 PM 6:02 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |