IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KATHERINE ALBRECHT and )
QUENTIN YOUNG, on behalf of )
themselves and all persons similarly )
situated, )
)
      Plaintiffs, )   Case No. 03 C 6472
)
v. )   Magistrate Judge Denlow
)
METROPOLITAN PIER AND )
EXPOSITION AUTHORITY, and )
LETICIA PERALTA DAVIS, in her )
official capacity as Chief Executive )
Officer of the Metropolitan Pier and )
Exposition Authority, )
)
      Defendants. )

**NOTICE OF MOTION**

To:   Daniel G. Hildebrand
       Bettina Getz
       David Fuller
       MAYER, BROWN, ROWE & MAW LLP
       190 S. LaSalle Street
       Chicago, IL 60603

PLEASE TAKE NOTICE that on Wednesday, September 1, 2004, at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Morton Denlow of the United States District Court for the Northern District of Illinois, in courtroom 1350 usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present the **PLAINTIFFS' UNOPPOSED MOTION TO FILE AN OVERSIZED BRIEF**, a copy of which is enclosed herewith.

Dated: August 30, 2004

Respectfully submitted,

/s/ Adam Schwartz
One of Plaintiffs' Attorneys

HARVEY GROSSMAN
ADAM SCHWARTZ
CONNIE CHUNG
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601
(312) 201-9740

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE ALBRECHT and QUENTIN YOUNG, on behalf of themselves and all persons similarly situated, ) ) ) ) | **DOCKETED** SEP 0 1 2004 |
| Plaintiffs, ) | Case No. 03 C 6472 |
| v. ) ) | Magistrate Judge Denlow |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, ) ) ) | |
| Defendant. ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE AN OVERSIZED BRIEF**

Plaintiffs, by their counsel, pursuant to Local Rule 7.1 of this Court, respectfully request leave to file a brief in excess of 15 pages. Specifically, plaintiffs request leave to file a brief of 31 pages in opposition to the pending motion to dismiss filed by the Metropolitan Pier and Exposition Authority ("MPEA"). In support of this motion, plaintiffs state as follows:

1.  In this lawsuit, plaintiffs allege that the MPEA has violated the First Amendment by banning expressive activity at McCormick Place by non-licensees (*i.e.*, persons who have not paid to license facility space), with the exception of inadequate areas that do not allow effective communication with facility visitors. The MPEA's 2001 policy restricted non-licensees to two inadequate outdoor areas. The MPEA's 2004 policy (adopted in response to this lawsuit) added five inadequate indoor areas.

2.  On July 30, 2004, the MPEA filed its motion to dismiss. It argued that the 2004 policy is controlled by prior decisions, and that the 2001 policy is moot.

1

3. Plaintiffs' response brief addresses the many complex issues of law and fact raised by the MPEA's motion to dismiss. Part I argues that resolution of the 2004 policy requires adjudication of site-specific, individualized facts. Part II argues that plaintiffs have stated a claim that the 2004 policy violates the First Amendment. It addresses the non-intrusive nature of leafleting; the forum status of various components of McCormick Place; and the inability of the 2004 policy to pass either the "time, place, and manner" test or the "reasonableness" test. It also argues that the MPEA's speech restrictions are forbidden "heckler's vetoes." Part III argues that plaintiffs' injunctive, monetary, and declaratory claims regarding the 2001 policy are not moot.

4. Despite best efforts, plaintiffs could not address all of these issues in less than 31 pages without sacrificing substance and clarity. In particular, plaintiffs need more than the 18 pages used by the MPEA in its legal memorandum, because plaintiffs must address numerous issues that the MPEA did not, including: the disputed and material facts that prevent resolution of this case on a Rule 12(b)(6) motion; the burden imposed by the MPEA's policies upon expressive activity by non-licensees; and the absence of narrow tailoring and adequate alternative channels.

5. The MPEA does not oppose this motion.

2

WHEREFORE, plaintiffs respectfully request leave to file a brief in excess of 15 pages in response to the MPEA's pending motion to dismiss.

DATED: August 30, 2004

Respectfully submitted:

*[signature]*

One of plaintiffs' attorneys

| | |
|---|---|
| HARVEY GROSSMAN<br>ADAM SCHWARTZ<br>CONNIE CHUNG<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue, Suite 2300<br>Chicago, Illinois 60601<br>(312) 201-9740 | WILLIAM J. GIBBONS<br>ERIN SHAW<br>DAVID CAMPBELL<br>Latham & Watkins<br>233 S. Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>(312) 876-7700 |

## CERTIFICATE OF SERVICE

I, Adam Schwartz, hereby certify that on the 30th day of August, 2004, I served to the party listed below a true and correct copy of the attached **PLAINTIFFS' UNOPPOSED MOTION TO FILE AN OVERSIZED BRIEF**, via hand delivery, before the hour of 5:00 p.m.

By: _____
One of the Plaintiffs' Attorneys

TO: Daniel G. Hildebrand
Bettina Getz
David Fuller
MAYER, BROWN, ROWE & MAW LLP
190 S. LaSalle Street
Chicago, IL 60603