IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



DOCKETED
NOV 0 3 2004

FILED
OCT 2 7 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| KATHERINE ALBRECHT, et al., | ) | |
| Plaintiffs, | ) | Case No. 03 C 6472 |
| v. | ) | Judge Nordberg |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, | ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** Harvey Grossman
Adam Schwartz
Connie Chung
Roger Baldwin Foundation of ACLU, Inc.
180 N. Michigan Ave. Suite 2300
Chicago, IL 60601

PLEASE TAKE NOTICE that on Wednesday, November 3, 2004, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Hon. Magistrate Judge Morton Denlow, Courtroom 1350, 219 South Dearborn, Chicago IL, and then and there present the plaintiff and defendant's **Agreed Motion To Stay Discovery And Revise Case Management Dates.**

Dated: October 27, 2004

Respectfully submitted,

METROPOLITAN PIER AND
EXPOSITION AUTHORITY

By: One of Their Attorneys

Bettina Getz
Daniel G. Hildebrand
David W. Fuller
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603-3441
(312) 782-0600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE ALBRECHT, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 03 C 6472 |
| | ) |
| METROPOLITAN PIER AND | ) |
| EXPOSITION AUTHORITY, | ) |
| | ) Magistrate Judge Denlow |
| Defendant. | ) |

**AGREED MOTION TO STAY DISCOVERY
AND REVISE CASE MANAGEMENT DATES**

Plaintiffs Katherine Albrecht and Quentin Young and defendant Metropolitan Pier and Exposition Authority jointly move for a stay of discovery pending mediation, and for revisions to the current case management schedule, as set forth below:

1. On or about October 26, 2004, the parties reached an agreement to attempt a settlement mediation, and agreed to appear before United States Magistrate Judge Schenkier in that regard on November 22, 2004.

2. In the interests of economy, and also to devote time to the mediation, the parties jointly request a five-week stay of fact discovery, or until November 30, 2004.

3. On October 14, 2004, this Court ordered that the cut-off for fact discovery would be January 17, 2005. In the event the mediation is not successful, the parties jointly request a five-week extension of that date, or until February 21, 2005, to preserve the original time estimated as necessary to complete fact discovery.

4. On October 14, 2004, this Court also ordered the parties to notify the Court about the status of their position on agreement or opposition to the class certification motion on November 12, 2004. The parties jointly request an extension of that date to December 17, 2004.

WHEREFORE, the parties jointly request that a revised case management order be entered providing that (i) discovery in this matter is stayed until November 30, 2004; (ii) fact discovery cutoff is February 21, 2005; and (iii) parties to advise the court by mail on resolution of class certification issue by December 17, 2004.

Dated: October 27, 2004

KATHERINE ALBRECHT and
QUENTIN YOUNG

By: _____
One of Their Attorneys

Harvey Grossman
Adam Schwartz
Roger Baldwin Foundation of ACLU, Inc.
190 North Michigan Avenue, Suite 2300
Chicago, IL 60601
(312) 201-9740

Respectfully submitted,

METROPOLITAN PIER AND EXPOSITION
AUTHORITY

By: _____
One of Their Attorneys

Bettina Getz
Daniel Hildebrand
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603
(312) 782-0600

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for defendant, hereby certifies that on the 27th day of October, 2004, I caused to be served to the party listed below a true and correct copy of the attached **AGREED MOTION TO STAY DISCOVERY AND REVISE CASE MANAGEMENT DATES**, via facsimile, before the hour of 5:00 p.m.

Adam Schwartz
The Roger Baldwin Foundation of ACLU, Inc.
190 North Michigan Avenue
Suite 2300
Chicago, IL 60601

By: _____
One of the Attorneys for defendant

Bettina Getz
Daniel G. Hildebrand
David W. Fuller
MAYER, BROWN, ROWE & MAW LLP
190 South LaSalle Street
Chicago, IL 60603
(312) 782-0600