# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6472 | **DATE** | 1/21/2005 |
| **CASE TITLE** | Albrecht, et al. vs. Metro Pier, et el. | | |

**DOCKET ENTRY TEXT:**

Reconvened settlement conference held. The parties have accepted the Court's recommendation regarding settlement. The matter is set for a further settlement conference on 02/09/05 at 9:30 a.m. for a report on the parties' progress in completing the settlement documentation. In the event there remain disagreements about the language of the documentation, the parties are to submit to chambers by the close of business on 02/08/05 a document setting forth the specific disagreements and the parties' respective proposals for the resolution of those disagreements.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|