# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Katherine Albrecht, et al.

                                          Plaintiff,

v.                                                                           Case No.: 1:03−cv−06472
                                                                          Hon. Morton Denlow

Metropolitan Pier and Exposition Authority, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2005:

      MINUTE entry before Judge Sidney I. Schenkier :Status conference on settlement held, and continued for a telephone status conference on 03/29/05 at 9:30 a.m. Counsel for plaintiffs shall initiate the call.Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.