## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
## Eastern Division

Katherine Albrecht, et al.

                                        Plaintiff,

v.                                                  Case No.: 1:03−cv−06472

                                                 Hon. Morton Denlow

Metropolitan Pier and Exposition Authority, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2005:

      MINUTE entry before Judge Sidney I. Schenkier : On the joint request of the parties, the telephone status conference set for 03/29/05 is RESET to 03/31/05 at 11:00 a.m.Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.