## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
## Eastern Division

Katherine Albrecht, et al.

                                                          Plaintiff,

v.                                                                                       Case No.: 1:03−cv−06472
                                                                                                    Hon. Morton Denlow

Metropolitan Pier and Exposition Authority, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 31, 2005:

      MINUTE entry before Judge Sidney I. Schenkier :By agreement of the parties, the telephone status conference set for 03/31/05 is RESET to 04/11/05 at 8:30 a.m. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.