# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6472 | **DATE** | 4/18/2005 |
| **CASE TITLE** | Albrecht, et al. vs. Metro Pier, et al. | | |

**DOCKET ENTRY TEXT:**

The parties report that they have finalized the settlement documentation, which will be presented to the presiding magistrate judge for preliminary approval. Accordingly, all proceedings before this magistrate judge -- which have been limited to mediating settlement discussions -- are terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|