# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Katherine Albrecht, et al.

                    Plaintiff,

v.

                    Case No.: 1:03−cv−06472
                    Hon. Morton Denlow

Metropolitan Pier and Exposition Authority, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 9, 2005:

    MINUTE entry before Judge Morton Denlow : This case having been reassigned to Magistrate Judge Cole, the status hearing set for 5/19/05 is stricken. All other dates to stand pending further order of Magistrate Judge Cole.Judicial staff mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.