

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 19 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| KATHERINE ALBRECHT and QUENTIN YOUNG, on behalf of themselves and all persons similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 03 C 6472 |
| v. ) | Magistrate Judge Cole |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, and LETICIA PERALTA DAVIS, in her official capacity as Chief Executive Officer of the Metropolitan Pier and Exposition Authority, ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

## NOTICE OF MOTION

To: Daniel G. Hildebrand
Bettina Getz
David Fuller
MAYER, BROWN, ROWE & MAW LLP
190 S. LaSalle Street
Chicago, IL 60603

PLEASE TAKE NOTICE that on Tuesday, May 24, 2005, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Jeffrey Cole of the United States District Court for the Northern District of Illinois, in courtroom 1838 usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present the **PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION**, a copy of which is enclosed herewith.

Dated: May 19, 2005                             Respectfully submitted,

*[signature]*

One of Plaintiffs' Attorneys

HARVEY GROSSMAN
ADAM SCHWARTZ
Roger Baldwin Foundation of ACLU, Inc.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601
(312) 201-9740