Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey N. Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6472 | **DATE** | 5/24/2005 |
| **CASE TITLE** | Albrecht, et al vs. Metropolitan Pier, et al | | |

**DOCKET ENTRY TEXT:**

The parties appeared in court pursuant to the joint motion for preliminary approval of settlement agreement of class action and the plaintiff's unopposed motion for class certification. Both motions [68] and [70] are granted. Any objections to be filed by 7/5/2005. Fairness hearing set on 7/18/2005 at 9:00 a.m. Enter Order approving class certification and Order preliminarily approving settlement agreement.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|