

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE ALBRECHT and QUENTIN YOUNG, on behalf of themselves and all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 03 C 6472 |
| v. | ) ) | Magistrate Judge Cole |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion For Class Certification. Having reviewed the Motion and all other appropriate materials:

**THE COURT FINDS:**

1.      The proposed class is so numerous that joinder of all members is impracticable. *See* Rule 23(a)(1).

2.      There are questions of law and fact common to the class. *See* Rule 23(a)(2).

3.      The claims of the named plaintiffs are typical of the claims of the class. *See* Rule 23(a)(3).

4.      The named plaintiffs will fairly and adequately protect the interests of the class. *See* Rule 23(a)(4).

5.      Final injunctive relief with respect to the class as a whole is appropriate. *See* Rule 23(b)(2).

6. Class counsel Harvey Grossman and Adam Schwartz of the Roger Baldwin Foundation of ACLU, Inc., and William J. Gibbons and Erin Shaw of Latham & Watkins will fairly and adequately represent the interests of the class. *See* Rules 23(c)(1)(B), (g)(1)(A), & (g)(1)(B).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The following plaintiff class shall be certified: "All persons that now seek and/or in the future will seek to engage in unlicensed, free-of-charge expressive activities at locations inside and outside McCormick Place – with the exception of persons wishing to engage in commercial speech at McCormick Place."

2. Attorneys Grossman, Schwartz, Gibbons, and Shaw are appointed to serve as class counsel.

DATED: _24_ date of ___May___, 2005

_____
United States Magistrate Judge

2