

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



FILED
MAY 24 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# NOTIFICATION OF CHANGE OF ADDRESS

NAME: Daniel G. Hildebrand

FIRM: Mayer, Brown, Rowe & Maw LLP

STREET ADDRESS: 71 South Wacker Drive

CITY/STATE/ZIP: Chicago, IL 60606

PHONE NUMBER: (312) 782-0600

ARDC NO. (If Member of Illinois State Bar): ~~6217127~~

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| see attached Rider | | |
| | | |
| | | |
| | | |
| | | |

_____          5/24/05
Attorney's Signature                     Date

# RIDER TO NOTIFICATION OF CHANGE OF ADDRESS

DANIEL G. HILDBRAND
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 05 C 0218 | Argonaut Insurance Co. v. Broadspire Services, Inc. | Judge James B. Moran |
| 03 C 6472 | Katherine Albrecht v. Metropolitan Pier and Exposition Authority, et al. | Magistrate Judge Jeffrey Cole |