Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey N. Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6472 | **DATE** | 7/18/2005 |
| **CASE TITLE** | Albrecht, et al vs. Metro Pier & Expo, et al | | |

**DOCKET ENTRY TEXT:**

Fairness hearing called. There being no objections to the class certification, Enter Order Approving Settlement Agreement as of 7/18/2005. Terminating case.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|