# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE ALBRECHT and QUENTIN YOUNG, on behalf of themselves and all persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 03 C 6472 |
| v. | ) ) | Magistrate Judge Cole |
| METROPOLITAN PIER AND EXPOSITION AUTHORITY, | ) ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

This cause coming to be heard pursuant to the Joint Motion for Approval of Settlement Agreement presented by the parties hereto, due notice having been given, and the Court having reviewed the Joint Motion and the Settlement Agreement and all other appropriate materials, having heard all objections, if any, to the settlement, having conducted such hearing as is appropriate under Rule 23(e) of the Federal Rules of Civil Procedure, and being otherwise advised in the premises,

**THE COURT FINDS:**

The resolution of this lawsuit as represented in the Settlement Agreements is fair, reasonable and adequate.

1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The court approves the Settlement Agreement, and shall retain jurisdiction over the parties and this action solely for purposes of interpreting, enforcing, and modifying the Settlement Agreement in accordance with its terms.

DATED: 18 date of Jul, 2005

_____
United States Magistrate Judge